### EDWARD BALL v. RUTH LATHAM BALL

21 So. (2nd) 458          January Term, 1945
March 23, 1945          Division B

*Harrell & McCauley,* for petitioner.
*Crawford & May,* for respondent.

PER CURIAM:
Petition for certiorari denied.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.

### N. W. BROADWAY v. DADE COUNTY GROWERS CO-OPERATIVE MARKETING ASSOCIATION, and GROWERS COLD STORAGE CORPORATION, Florida Corporations.

21 So. (2nd) 458          January Term, 1945
March 23, 1945          Division A

*Caldwell & Parker, Leo L. Foster* and *William J. Pruitt,* for appellant.
*Clyde E. Epperson* and *Louis M. Jepeway,* for appellees.

PER CURIAM:
This appeal presents both assignments of error and cross assignments of error. We have duly considered the record and briefs and are unable to find error in the decree.
Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.